IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | Criminal No. 4:20-CR-047 |
| v. | ) ) ) | INFORMATION |
| WALTER JAMES DAVIES, | ) ) | T. 18 U.S.C. § 922(o) <br> T. 18 U.S.C. § 924(a)(2) |
| Defendant. | ) ) ) | T. 18 U.S.C. § 924(d) <br> T. 28 U.S.C. § 2461(c) |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**(Illegal Possession of a Machine Gun)**

On or about June 10, 2019, in the Southern District of Iowa, the Defendant, WALTER JAMES DAVIES, did knowingly possess a machinegun, that is a device for converting a semiautomatic, Glock-type pistol into an automatic machinegun, bearing no identification or serial number.

This is a violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

THE UNITED STATES ATTORNEY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 1 of this Information, the defendant, WALTER JAMES DAVIES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the machinegun, that is the device for converting a semiautomatic Glock-type pistol into an automatic machinegun identified in Count 1 of this Information, and the Glock 17 Gen4 9mm, semi-automatic pistol, bearing serial number BGMT644.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Marc Krickbaum<br>
United States Attorney

By: *MacKenzie Benson Tubbs* (signature)

MacKenzie Benson Tubbs
Assistant United States Attorney